Steven G. Mesaros, #009215
Kelly A. Hedberg, #024934
**RENAUD COOK DRURY MESAROS, PA**
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone: (602) 307-9900
Facsimile:  (602) 307-5853
E-mail:   docket@rcdmlaw.com
              smesaros@rcdmlaw.com
              khedberg@rcdmlaw.com

*Attorneys for Defendant Zurich
American Insurance Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James McGee, an Arizona resident,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Zurich American Insurance Company,<br><br>　　　　　Defendant. | No. _____<br><br><br>**DEFENDANT'S NOTICE OF REMOVAL** |

    Defendant Zurich American Insurance Company ("Defendant") files this Notice of Removal, showing the following grounds:

    1.    On September 15, 2017, Plaintiff filed an action in the Superior Court of the State of Arizona, In and For the County of Maricopa, styled *McGee v. Zurich American Insurance Company,* Case No. CV 2017-010944. A true and correct copy of the state court's docket, including all process, pleadings and orders served upon Defendant in the state court action, is filed with this notice as required by 28 U.S.C. §1446(a) and Local Rule 3.7, and attached hereto as ***Exhibit 1***.

    2.    Service on Defendant was effectuated by Certified Mail to the Arizona Department of Insurance, as statutory agent for Defendant, on October 2, 2017. (*See Exhibit 1*, Summons). Therefore, this Notice of Removal is timely filed under 28 U.S.C. §1446(b),

within thirty (30) days of receipt of the initial pleading setting forth the claim for relief and summons.

3. All Defendants consent to removal of this action to the United States District Court.

4. The United States District Court has original jurisdiction over this action based upon diversity of citizenship between the parties, as explained below. To the best of Defendant's knowledge, Plaintiff is a citizen of the State of Arizona. (Complaint, ¶5). Defendant is now, and was at the time the action was commenced, diverse in citizenship from Plaintiff. Defendant is incorporated in the state of Illinois with its principal place of business being Illinois, and was domiciled there at the time this action was commenced. (Complaint, ¶7).

5. The amount in controversy exceeds $75,000. Where there is diversity of citizenship, the "district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs." 28 U.S.C. § 1332(a). The Ninth Circuit has held that a removing defendant need not establish the amount in controversy to a "legal certainty." *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996) (amount in controversy shown by a preponderance of the evidence). "In measuring the amount in controversy, a court must assume that the allegations in the complaint are true and assume that a jury will return a verdict for the plaintiff on all claims made in the complaint." *Forever Living Products U.S. Inc. v. Geyman*, 471 F.Supp. 2d 980, 986 (D. Ariz. 2006). Plaintiff's Complaint brings a cause of action for breach of contract and breach of the duty of good faith and fair dealing (Bad Faith) and seeks to collect on a $5 million stipulated judgment. (Complaint, ¶¶ 45, 55, and 69).

6. Therefore, because this action is wholly between citizens of different states, and because the amount in controversy exceeds $75,000 exclusive of interest and costs, this Court has original jurisdiction over this cause pursuant to 28 U.S.C. §1332(a)(1).

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

7. Under 28 U.S.C. §1441(a), venue of the removed action is proper in this Court as the district and division embracing the place where the state action is pending.

8. Defendant, the removing party, will promptly give the adverse party written notice of the filing of this Notice of Removal as required by 28 U.S.C. §1446(d). Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Arizona, In and For the County of Maricopa, where the action is pending, also pursuant to 28 U.S.C. §1446(d).

9. WHEREFORE, Defendant, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446 and Local Rule 3.7, removes the case styled *McGee v. Zurich American Insurance Company,* Case No. CV 2017-010944, from the Superior Court of the State of Arizona, In and For the County of Maricopa on October 31, 2017.

**RESPECTFULLY SUBMITTED** this 31st day of October, 2017.

        **RENAUD COOK DRURY MESAROS, PA**

        By */s/Kelly A. Hedberg*
           Steven G. Mesaros
           Kelly A. Hedberg
           One North Central, Suite 900
           Phoenix, Arizona 85004-4417
           *Attorneys for Defendant Zurich American Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of October, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants.

Mick Levin, Esq.
**MICK LEVIN, PLC**
3401 N. 32nd Street
Phoenix, AZ 85018-5606
*Attorney for Plaintiff*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 3,)      [2313-0071]      3568264.v1

1  David L. Abney, Esq.
   **AHWATUKEE LEGAL OFFICE, P.C.**
2  Post Office Box 50351
   Phoenix, AZ 85076
3  *Attorney for Plaintiff*

4  Joseph Erlichman, Esq.
   **ERLICHMAN LAW FIRM**
5  2200 E. Camelback Rd., Suite 102
   Phoenix, AZ  85016
6  *Attorney for Plaintiff*

7

8  /s/Vicki L. Cobbs

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 4,)                    [2313-0071]                    3568264.v1