# EXHIBIT  1

Skip To MainContent

| Search |

> ⚠ **WARNING:** Bogus Phone Calls, Emails May Lead to Fraud.   **Read More...**

Civil Court Case Information - Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2017-010944 | Judge: | LeMaire, Kerstin |
| File Date: | 9/15/2017 | Location: | Downtown |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| James McGee | Plaintiff | Male | Mick Levin |
| Zurich American Insurance Company | Defendant | | Pro Per |
| Administrative Service Division Arizona Department Of Insurance | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 10/6/2017 | AFS - Affidavit Of Service | 10/11/2017 | |
| **NOTE:** ADMINISTRATIVE SERVICE DIVISION ARIZONA DEPARTMENT OF INSURANCE | | | |
| 9/15/2017 | COM - Complaint | 9/19/2017 | |
| 9/15/2017 | CCN - Cert Arbitration - Not Subject | 9/19/2017 | |
| 9/15/2017 | CSH - Coversheet | 9/19/2017 | |
| 9/15/2017 | NJT - Not Demand For Jury Trials | 9/19/2017 | |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**

**In the Superior Court of the State of Arizona
In and For the County of Maricopa**

# CV2017-010944

(Please Type or Print)

**Plaintiff's Attorney:**

Mick Levin

**Attorney's Bar Number:** 021891

Do not type ~~IN ALL CAPS~~

BY ~~C. TROXEL~~ CLERK
DEP

C. Tuxel

C. TROXEL. FILED

17 SEP 15  PM 3: 20

**Is Interpreter Needed?** ☐ Yes ☒ No

If yes, what language: _____

To the best of my knowledge, all information is true and correct.

_____

**Attorney/Pro Per Signature** (If no attorney, YOUR signature)

**Plaintiff's Name(s):** (List all)

James McGee

**Plaintiff's Address:**

c/o Mick Levin, MICK LEVIN, PLC

3401 N. 32nd Street

Phoenix, AZ 85018

(List additional plaintiffs on page two and/or attach a separate sheet.)

**Defendant's Name(s):** (List all)

Zurich American Insurance

(List additional defendants on page two and/or attach a separate sheet).

**EMERGENCY ORDER SOUGHT:**
(if applicable)

☐ Temporary Restraining Order
☐ OSC – Order to Show Cause
☐ Employer Sanction

☐ Provisional Remedy
☐ Election Challenge
☐ Other

☒ RULE 8(i) COMPLEX LITIGATION DOES NOT APPLY. (Mark appropriate box under **Nature of Action**).

☐ RULE 8(i) COMPLEX LITIGATION APPLIES  Rule 8(i) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties. (Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category).

## NATURE OF ACTION

(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**
☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death

**110 TORT NON-MOTOR VEHICLE:**
☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort
☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**
☐ 121 Physician M.D.      ☐ 123 Hospital
☐ 122 Physician D.O      ☐ 124 Other

**130 CONTRACTS:**
☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☒ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds - Sale
☐ Construction Defects (Residential/Commercial)
　　☐ 136 Six to Nineteen Structures
　　☐ 137 Twenty or More Structures

**150-199  OTHER CIVIL CASE TYPES:**

☐ 156 Eminent Domain/Condemnation

☐ 151 Eviction Actions (Forcible and Special Detainers)

☐ 152 Change of Name

☐ 153 Transcript of Judgment

☐ 154 Foreign Judgment

☐ 158 Quiet Title

☐ 160 Forfeiture

☐ 175 Election Challenge

☐ 179 Employer Sanction Action (A.R.S. §23-212)

☐ 180 Injunction against Workplace Harassment

☐ 181 Injunction against Harassment

☐ 182 Civil Penalty

☐ 186 Water Rights (Not General Stream  Adjudication)

☐ 187 Real Property

☐ Sexually Violent Persons (A.R.S. §36-3704)
   (Except Maricopa County)

☐ Minor Abortion (See Juvenile in Maricopa County)

☐ Special Action Against Lower Courts
   (See lower court appeal cover sheet in Maricopa)

☐ 194 Immigration Enforcement Challenge
   (§§ 1-501, 1-502, 11-1051)

**150-199 UNCLASSIFIED CIVIL CASE TYPES:**

☐ Administrative Review
   (See lower court appeal cover sheet in Maricopa)

☐ 150 Tax Appeal     (All other tax matters must be
filed in the AZ Tax Court)

Case Number: _____

☐ 155 Declaratory Judgment

☐ 157 Habeas Corpus

☐ 184 Landlord Tenant Dispute - Other

☐ 159 Restoration of Civil Rights (Federal)

☐ 159 Clearance of Records (A.R.S. §13-4051)

☐ 190 Declaration of Factual Innocence(A.R.S.§12-771)

☐ 191 Declaration of Factual Improper Party Status

☐ 193 Vulnerable Adult (A.R.S. §46-451)

☐ 165 Tribal Judgment

☐ 167 Structured Settlement (A.R.S. §12-2901)

☐ 169 Attorney Conservatorships (State Bar)

☐ 170 Unauthorized Practice of Law (State Bar)

☐ 171 Out-of-State Deposition for Foreign Jurisdiction

☐ 172 Secure Attendance of Prisoner

☐ 173 Assurance of Discontinuance

☐ 174 In-State Deposition for Foreign Jurisdiction

☐ 176 Eminent Domain–Light Rail Only

☐ 177 Interpleader– Automobile Only

☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)

☐ 183 Employment Dispute - Discrimination

☐ 185 Employment Dispute – Other

☐ 195(a) Amend Marriage License

☐ 195(b) Amend Birth Certificate

☐ 163 Other _____
   (Specify unless 163(b)or 163(c))

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

☐ Antitrust/Trade Regulation

☐ Construction Defect with many parties or structures

☐ Mass Tort

☐ Securities Litigation with many parties

☐ Environmental Toxic Tort with many parties

☐ Class Action Claims

☐ Insurance Coverage Claims arising from the above-listed case types

☐ A Complex Case as defined by Rule 8(i) ARCP

Additional Plaintiff(s)

_____   _____   _____

Additional Defendant(s)

_____   _____   _____

MICHAEL K. JEANES
Clerk of the Superior Court
By Caitlyn Troxel, Deputy
Date 09/15/2017 Time 15:20:15
Description                    Amount
———— CASE# CV2017-010944 ————
CIVIL NEW COMPLAINT              322.00

TOTAL AMOUNT                     322.00
            Receipt# 26160447

1   Mick Levin, Esq. (021891)
    **MICK LEVIN, PLC**
2   3401 North 32nd Street
    Phoenix, Arizona 85018-5606
3   (480) 865-3051; (800) 385-1684
    micklevin@mlplc.com
4   Attorneys for Plaintiff
5
6   David L. Abney, Esq. (009001)
    **AHWATUKEE LEGAL OFFICE, P.C.**
7   Post Office Box 50351
8   Phoenix, Arizona 85076
    (480) 734-8652
9   abneymaturin@aol.com
10  Attorney for Plaintiff
11
12  Joseph Erlichman, Esq. (002186)
    **ERLICHMAN LAW FIRM**
13  2200 East Camelback Road
    Suite 102
14  Phoenix, AZ 85016
    (602)-224-0062; fax (602) 224-0070
15  joe@erlichmanlaw.com
16  Attorney for Plaintiff

17        **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
18          **IN AND FOR THE COUNTY OF MARICOPA**

CV2017-010944

19  JAMES McGEE, an Arizona resident,          Case No. _____

20              Plaintiff,                          **COMPLAINT**

21
22              v.                              (Tort, Non-Motor-Vehicle;
                                                 Breach of Contract;
23  ZURICH AMERICAN INSURANCE                   Insurance Bad Faith)
24  COMPANY, a New York insurance company,

25              Defendant.

26
        Plaintiff James McGee avers and alleges as follows against Defendant Zurich American
27
28  Insurance Company:

**1**

1.     All events material to the allegations in this pleading occurred in Maricopa County, Arizona.

2.     Venue is proper in Maricopa County.

3.     The Court has general and personal jurisdiction over this case and over all of the parties under principles of Arizona and federal procedural and constitutional law.

4.     The amount in controversy exceeds the minimum jurisdictional limit.

**The Parties**

5.     James McGee is an Arizona resident residing in Maricopa County, Arizona.

6.     Zurich American Insurance Company is a New York insurance company authorized to do and doing business in Arizona.

7.     The corporate headquarters and principal place of business for Zurich American Insurance Company is Schaumburg, Illinois.

8.     Service of process may be effected on Zurich American Insurance Company by certified mail, return-receipt requested, through the Arizona Department of Insurance, its statutory agent, Director of Insurance, 2910 North 44th Street, Second Floor, Phoenix, Arizona 85018. A.R.S. § 20-221.

**General Allegations**

9.     At about 8:50 in the evening of January 16, 2015, James McGee was driving home from a church meeting in his 2005 Lincoln sedan. He was driving north on 22nd Street and was properly making a left turn to travel westbound onto Southern Avenue in Phoenix, Arizona.

10.     At that same time and place, Elizabeth Foutz was driving a 2012 Ford Focus sedan

2

east on Southern Avenue.

11.     Elizabeth Foutz was impaired by alcohol, was not competent to operate her car in a safe manner, and drove her car so negligently that she crashed it into James McGee's car with tremendous force.

12.     In March 2015, Elizabeth Foutz pleaded guilty to violating A.R.S. § 28-1382(A)(1) by driving or being in actual physical control of a motor vehicle while she had an alcohol concentration of 0.15.

13.     The collision demolished James McGee's car.

14.     Although James McGee was properly wearing his lap/shoulder safety belts and his car's air bags deployed, James McGee suffered devastating, life-threatening injuries because of the force of a collision so strong that it crushed  the driver's side of his car, causing it to intrude into the driver's compartment.

15.     Paramedics treated James McGee at the scene and then transported him to Maricopa County Hospital.

16.     James McGee's collision-related injuries included: (1) pelvic fractures; (2) a right hemithorax, (3) rupture and herniation of the right hepatic lobe into the thorax, (4) bilateral C-6 and C-7 transverse process fractures, and (5) a nondisplaced left first-rib fracture.

17.     As a direct and proximate result of Elizabeth Foutz's reckless and negligent driving, James McGee suffered grievous, permanent physical injuries, has undergone multiple painful medical, surgical, and therapeutic procedures, has suffered permanent physical impairment, has suffered diminution of his enjoyment of life, and has incurred substantial

3

medical bills.

18.     At the site of the collision, Elizabeth Foutz identified her car's owner as Underwood Bros., Inc., and her insurance company as Zurich Insurance.

19.     Elizabeth Foutz was an employee of Underwood Bros., Inc., an Arizona corporation doing business as AAA Landscape.

20.     The car Elizabeth Foutz was driving at the time of the collision was a car that AAA Landscape owned.

21.     As one of the benefits of being an employee of AAA Landscape, Elizabeth Foutz had the right to use a company car, which was the car she was driving and that she crashed into James McGee's car.

22.     On or about September 5, 2012, Elizabeth Foutz signed a "Driver Policy and Agreement" presented to her by her employer, AAA Landscape. A copy of the "Driver Policy and Agreement" is attached as Exhibit 1.

23.     The "Driver Policy and Agreement" stated that: "Company vehicles are not to be used for personal errands/use." *See* the attached Exhibit 1.

24.     The "Driver Policy and Agreement" also stated that: "Employee discipline may be given for violation of any of the items in this policy, and is not limited to the items in this policy." *See* the attached Exhibit 1.

25.     Above the signature block, the "Driver Policy and Agreement" contained the following provision: "My signature below indicates that I understand and agree to abide by this policy. I understand that failure to do so may result in employee disciplinary action up to and

4

including termination." *See* the attached Exhibit 1.

26.     The "Driver Policy and Agreement" contained no provision related to the grant, denial, or provision of insurance and provided for no denial or revocation of any insurance coverage if an employee such as Elizabeth Foutz was driving her company car for personal errands or for personal use. *See* the attached Exhibit 1.

27.     Zurich American Insurance Company ("Zurich"), a New York insurance company, insured Underwood Bros., Inc., doing business as AAA Insurance, under Policy No. BAP 3888940-08. A copy of the Zurich insurance policy is attached as Exhibit 4.

28.     The owners, operators, and/or managers of AAA Landscape knew, or should have known, that Elizabeth Foutz was using her company car for personal purposes as well as for business purposes, but allowed her to use her company car for personal purposes.

29.     The owners, operators, and/or managers of AAA Landscape knew, or should have known, that Elizabeth Foutz owned no motor vehicle of her own and that the motor vehicle she had been operating before the motor-vehicle collision and that she was operating at the time of the motor-vehicle collision was an AAA Landscape motor vehicle.

30.     On August 17, 2015, James McGee and his wife, Delores McGee, filed a personal-injury Complaint against Elizabeth Foutz under the title of *McGee v. Foutz*, Maricopa County Superior Court Case No. CV 2015-010151.

31.     Zurich was provided with a copy of the Complaint and was requested to defend and indemnify Elizabeth Foutz.

32.     Zurich refused to defend or indemnify Elizabeth Foutz.

33.     On October 12, 2015, Zurich sent a letter entitled "Declination of Coverage" to Elizabeth Foutz, to AAA Landscape, and to Elizabeth Foutz's lawyer. A copy of the "Declination of Coverage" letter is attached to this Complaint as Exhibit 2.

34.     On Page 3 of the October 12, 2015 "Declination of Coverage" letter, Zurich stated that: "Zurich will neither defend nor indemnify you for any damages awarded to Mr. McGee." *See* the attached Exhibit 2.

35.     In the October 12, 2015 "Declination of Coverage" letter, Zurich did not identify any provision in the Zurich insurance policy that excluded liability-insurance coverage when one of the AAA Landscape motor vehicles was being operated for personal use or when one of the AAA Landscape motor vehicles was being operated by someone who was under the influence of alcohol. *See* the attached Exhibit 2.

36.     Instead, the only reason for denying coverage that Zurich identified in its October 12, 2015 "Declination of Coverage" letter was that "Zurich has determined that you did not have permission to drive the vehicle owned by AAA Landscape." *See* the attached Exhibit 2.

37.     The Zurich insurance policy states as follows: "We will pay all sums an 'insured' legally must pay as damages because of 'bodily injury' or 'property damage' to which this insurance applies, caused by an 'accident' and resulting from the ownership, maintenance or use of a covered 'auto.'" A copy of the Zurich insurance policy is attached as Exhibit 4.

38.     The Zurich insurance policy defines an "insured" to include anyone using a covered auto that AAA Landscape owned, hired, or borrowed. At the time of the collision, Elizabeth Foutz was using an auto that AAA Landscape owned, hired, or borrowed. Elizabeth

6

Foutz was therefore an insured under the Zurich insurance policy. *See* the attached Exhibit 4.

39.    The Zurich insurance policy's "Coverage Extension Endorsement" defines "bodily injury" as meaning "bodily injury, sickness or disease, sustained by a person including death or mental anguish, resulting from any of these at any time. Mental anguish means any type of mental or emotional illness or disease." *See* the attached Exhibit 4.

40.    The Zurich insurance policy defines "auto" as meaning a "land motor vehicle, 'trailer' or semitrailer designed for travel on public roads." *See* the attached Exhibit 4.

41.    Elizabeth Foutz was an insured under the liability-insurance policy that Zurich provided to AAA Insurance.

42.    Because Zurich failed and refused to provide liability-insurance coverage to Elizabeth Foutz and failed and refused to defend her in the lawsuit filed against her, Elizabeth Foutz was left without liability-insurance coverage for the motor-vehicle collision of January 16, 2015, and for the massive damages that James McGee had suffered.

43.    Elizabeth Foutz believed the lawsuit the McGees had brought against her would result in her financial ruin.

44.    Instead of facing the sharp thrust of personal liability for massive damages with no liability-insurance coverage, Elizabeth Foutz wanted to shield herself from personal liability that was far in excess of what she could possibly afford to pay.

45.    Therefore, in an "Agreement and Covenant Not To Execute" executed on March 29, 2016, Elizabeth Foutz and James McGee stipulated and agreed to the entry of a Judgment against Elizabeth Foutz and in favor of James McGee in the amount of $5 million with interest

7

to accrue as provided under the Arizona Revised Statutes. *See* ¶ 27 of the "Agreement and Covenant Not To Execute," which is attached as Exhibit 3.

46.     In return, James McGee agreed and covenanted not to ever execute, collect, or otherwise try to obtain the amount of the stipulated Judgment from the assets of Elizabeth Foutz, her beneficiaries, heirs, agents, and/or assigns and to only seek to enforce the Judgment against any applicable insurers. *See* the attached Exhibit 3 at ¶ 28.

47.     Elizabeth Foutz assigned to James McGee all right, title, and interest that she had in the Zurich insurance policy, and any and all claims and causes of action that she had or may have that were in any way related to the Zurich insurance policy and arising out of events or actions that occurred in the motor-vehicle collision of January 16, 2015. *See* the attached Exhibit 3 at ¶ 29.

**First Claim for Relief**
**(Breach of Contract)**

48.     In this claim for relief, Plaintiff re-alleges all paragraphs of this pleading and incorporates each and every allegation by reference, as if fully set forth within it.

49.     At the time of the motor-vehicle collision of January 16, 2015, Elizabeth Foutz was an insured under the terms of the liability-insurance policy that Zurich American Insurance Company ("Zurich") provided for Underwood Bros., Inc., an Arizona corporation doing business as AAA Landscape ("AAA Landscape").

50.     At the time of the motor-vehicle collision of January 16, 2015, the motor vehicle that Elizabeth Foutz was operating was covered under the terms of the liability-insurance policy that Zurich provided for AAA Landscape.

8

51.     Despite the fact that Elizabeth Foutz was a driver insured under the Zurich liability-insurance policy and was operating a motor vehicle insured under the Zurich liability-insurance policy when the subject collision occurred, in an October 12, 2015 letter to Elizabeth Foutz, Zurich unequivocally told her that its policy "does not provide coverage to you and will neither defend or indemnify you in the lawsuit that has been filed against you." *See* the attached Exhibit 2.

52.     Zurich had a contractual duty to provide liability-insurance coverage, indemnification, and defense for Elizabeth Foutz.

53.     Zurich breached its contractual duty to provide liability-insurance coverage, indemnification, and defense for Elizabeth Foutz.

54.     Because of that breach of contract, Elizabeth Foutz had no protection from the substantial damages confronting her because of the motor-vehicle accident that she had negligently caused on January 16, 2016.

55.     The direct damages that Zurich caused Elizabeth Foutz to suffer by breach of the Zurich liability-insurance policy are liquidated in the amount of $5 million. She was entitled to an award of those liquidated damages, plus statutory interest at the highest legal rate allowed under A.R.S. § 44-1201.

56.     In the alternative, Elizabeth Foutz was entitled to such other damages for breach of contract as the jury deems proper, plus pre-judgment interest on that amount at the highest legal rate allowed by A.R.S. § 44-1201.

57.     To protect herself from the consequences of Zurich's breach of contract, Elizabeth

9

Foutz assigned all of her claims, rights, and interests under the Zurich liability-insurance policy and concerning the breach of contract to James McGee.

58.     James McGee now has the right to assert those claims, rights, and interests in this litigation.

59.     James McGee is therefore entitled to Judgment against Zurich for reasonable damages for breach of contract, plus pre-judgment and post-judgment interest on those damages at the highest legal rate allowed by A.R.S. § 44-1201, from their due date until Judgment in this matter is entered, as well as consequential and incidental damages in an amount to be proven at trial, plus reasonable attorney's fees under the terms of A.R.S. § 12-341.01(A).

**Second Claim for Relief**
**(Insurance Bad Faith)**

60.     In this claim for relief, Plaintiff re-alleges all paragraphs of this pleading and incorporates each and every allegation by reference, as if fully set forth within it.

61.     Every insurance policy, including the Zurich liability-insurance policy at issue in this case, has an implied fiduciary duty of good faith and fair dealing.

62.     Zurich breached the duty of good faith and fair dealing that it owed to Elizabeth Foutz by intentionally failing and refusing to acknowledge insurance coverage for Elizabeth Foutz, by intentionally refusing and failing to indemnify her, and by intentionally failing and refusing to defend her, without a reasonable basis for those actions. Zurich's conduct was insurance bad faith that breached the duty of good faith and fair dealing.

63.     Zurich knew or should have known that it was acting without a reasonable basis. Zurich's conduct was insurance bad faith that breached the duty of good faith and fair dealing.

10

64.     Zurich failed to perform an investigation or evaluation adequate to determine whether its action was supported by a reasonable basis. Zurich's conduct was insurance bad faith that breached the duty of good faith and fair dealing.

65.     In all aspects of investigating or evaluating the claim against Elizabeth Foutz, Zurich was required to give as much consideration to Elizabeth Foutz as it gave to its own interests. Zurich failed to do that. Zurich's conduct was insurance bad faith that breached the duty of good faith and fair dealing.

66.     Zurich's breach of the duty of good faith and fair dealing was a cause of harm, injuries, and damages to Elizabeth Foutz, which compelled her to protect herself by assigning her breach-of-contract claims, insurance-bad-faith claims, and all other relevant claims, rights, and causes of action against Zurich to James McGee.

67.     If Zurich had offered to use a portion or all of the liability-policy limits available under its liability-insurance policy, the $5 million Judgment could have been avoided.

68.     Zurich is liable for committing insurance bad faith.

69.     The direct damages that Zurich caused Elizabeth Foutz to suffer through its insurance bad faith are liquidated in the amount of $5 million. She was entitled to an award of those liquidated damages, plus statutory interest at the highest legal rate allowed under A.R.S. § 44-1201.

70.     In the alternative, Elizabeth Foutz was entitled to such other damages for insurance bad faith as the jury deems proper, plus pre-judgment interest on that amount at the highest legal rate allowed by A.R.S. § 44-1201.

71.     To protect herself from the consequences of Zurich's insurance bad faith, Elizabeth Foutz assigned all of her claims, rights, and interests under the Zurich liability-insurance policy and concerning Zurich's insurance bad faith to James McGee.

72.     James McGee now has the right to assert those claims, rights, and interests in this litigation.

73.     James McGee is therefore entitled to Judgment against Zurich for reasonable damages for insurance bad faith, plus pre-judgment and post-judgment interest on those damages at the highest legal rate allowed by A.R.S. § 44-1201, from their due date until Judgment in this matter is entered, as well as consequential and incidental damages in an amount to be proven at trial, plus reasonable attorney's fees under the terms of A.R.S. § 12-341.01(A).

**WHEREFORE,** in light of the above allegations, Plaintiff prays for Judgment against Defendant Zurich American Insurance Company, as follows:

1.      for damages for breach of contract in an amount to be determined at trial;

2.      for damages for insurance bad faith in an amount to be determined at trial;

3.      for reasonable attorney's fees against Zurich under A.R.S. § 12-341.01(A);

4.      for pre-judgment and post-judgment interest on all damages to the fullest extent allowed by Arizona law;

5.      for costs of suit incurred herein and accruing; and

6.      for such other and further relief as the Court and jury deem just and proper.

//

//

12

DATED this 15th day of September, 2017.

MICK LEVIN, PLC

_____

Mick Levin
Co-Counsel for Plaintiff


### List of Attached Exhibits

| Exhibit | Description |
|---------|-------------|
| 1. | "Driver Policy and Agreement" (Sep. 5, 2012). |
| 2. | "Declination of Coverage" letter (Oct. 12, 2015). |
| 3. | "Agreement and Covenant Not To Execute" (Mar. 29, 2016). |
| 4. | Zurich American Ins. Co. Policy No. BAP 3888940-08. |

13

# EXHIBIT 1



<u>Driver Policy and Agreement</u>

Employee#:_____ Employee/Driver Name: _Liz Fariz_____

Date:_____ Supervisor/Foreman:_____

Division: Maint ___✓___ Const_____ Special Projects_____ Mech_____ Chemical_____ Other_____

Job Name:_____ Job Number:_____

Only approved AAA Landscape employees may become Authorized Drivers. As an Authorized Driver for AAA Landscape, the employee named above agrees to the following company policy:

**Definitions:**
<u>Driver</u> is the employee authorized by AAA Landscape to operate the vehicle.
<u>Vehicle</u> includes any self-propelled vehicle of any size, used for transporting passengers, property and towing trailers.

Drivers are held accountable to abide by the following policy items, even though this list of items may not constitute the complete list. Employee discipline may be given for violation of any of the items in this policy, and is not limited to the items in this policy.

1. The driver shall be responsible for the safe and legal transportation of the vehicle, the trailer, and its contents including all passengers.
2. The driver shall perform daily pre-trip inspections of the vehicle and trailer, and shall perform weekly inspections to include a vehicle inspection form. (See Pre-Trip Inspection training sheet.)
3. The driver and all passengers must remain seated and "buckled up" while the vehicle is in motion.
4. Our vehicles are equipped with global positioning system (GPS). Our vehicles are monitored for speed, location, and route, to increase our fleets' efficiency. Drivers may be subject to discipline for: late arrival or early departure times, unnecessary engine idle time, (over 5 minutes) use of vehicle after work hours, and other potential misuses of company time and/or property.
5. The driver shall abide by all laws, including speed limits. If a driver is found exceeding the speed limit by 5MPH or more he/she may be subject to employee disciplinary procedures. When towing a trailer the driver must not exceed 65MPH even if the posted speed limit is more

6. Cell phones should not be used while driving, however hands-free devices are allowed when communication cannot wait.
7. In accordance with local law and company policy there is no smoking allowed in the vehicle.
8. The driver will not eat or drink while the vehicle is in motion.
9. If the driver is issued a traffic ticket by law enforcement, it is the responsibility of the employee, not AAA Landscape to satisfy the requirements of the citation. This includes moving violations, parking violations, registration and insurance violations, and all other violations.
10. If a driver incurs a traffic ticket on or off company time the citation must be reported to Human Resources immediately. All drivers also agree to random and periodic MVR checks.
11. Company vehicles are not to be used for personal errands/use.
12. Company vehicles must be kept clean at all times, inside and out. It is company policy to wash the vehicle at least once per week.
13. Any damage, even minor damage, to the vehicle, trailer, or equipment must be reported to your supervisor immediately. In case of a motor vehicle accident you must abide by the company's Motor Vehicle Accident Procedures.(See "Motor Vehicle Accident Procedures")
14. Failure to report any damage to company property including company vehicles may result in employee payroll deduction(s) to pay for such damages.

My signature below indicates that I understand and agree to abide by this policy. I understand that failure to do so may result in employee disciplinary action up to and including termination.

Print Name _____

Signature _____ Date 4/5/12

ROAD TEST SING-OFF: I have instructed the above employee regarding AAA Landscape's Driver Policy, Pre-Trip, and Motor vehicle Accident Procedures and I have observed their safe operation of the vehicle during a behind-the-wheel road test.

Print Name _Ralph V. Hoffman_

Signature _Ralph V. Hoffman_ Date 9-5-12

## ACKNOWLEDGEMENT OF RECEIPT OF EMPLOYEE HANDBOOK

I acknowledge receipt of AAA Landscape's (sometimes referred to as the "Company") Employee Handbook dated August 1, 2009. I understand that if I have any questions about the Employee Handbook, I can and should contact my supervisor, the Human Resources Office or the Chief Executive Officer (CEO) of the Company. I also understand that the Employee Handbook is Company property that must be returned at the end of my employment with the Company. I understand that my employment is 'at-will' and may be terminated, with or without cause, and with or without notice, at any time by me or the Company. I understand that no employee or representative of the Company has any authority to make any oral or implied agreement contrary to the foregoing, and that no course of conduct by the Company or its representatives will alter the 'at-will' nature of my employment. I understand that the 'at-will' nature of my employment can be modified only by an express written agreement signed by the President or CEO of the Company.

I understand and acknowledge that there may be changes to the information, policies, and benefits in the handbook. The only exception is that AAA Landscape will not change or cancel its employment-at-will policy. I understand that AAA Landscape may add new policies to the handbook as well as replace, change, or cancel existing policies. I understand that handbook changes can only be authorized by the executive management of AAA Landscape.

I understand that this Employee Handbook is provided as an informational guide only, and that the contents of the Employee Handbook do not constitute a contract of employment and may not be regarded or relied upon as such. I understand that the Company may modify, revoke or change any of the provisions contained in this Employee Handbook at any time without notice to me.

## I understand that it is my responsibility to read and follow the policies contained in this handbook and any changes made to it.

Print Name: _Liz A. Foutz_

Signature _Liz A. Foutz_          Date: _6/13/2011_

# EXHIBIT 2



**ZURICH**

October 12, 2015



### DECLINATION OF COVERAGE

Ms. Elizabeth Foutz
2105 E. Sunland Avenue
Phoenix, Arizona 85040

> RE: Insured: Underwood Bros., Inc. DBA:  AAA Landscape
> Claimant: James McGee
> Date of Loss: 1/16/2015
> Location: Arizona
> Zurich #:  4690291093
> Creative Risk #: VA4C20062015037763
> Business Auto Policy No.: BAP 3888940, for the 07/1/10 to 07/01/11 term

Dear Ms. Foutz:

This letter is intended to inform you that Underwood Bros., Inc. DBA; AAA Landscape's ("AAA Landscape") Third Party Claims Administrator, Creative Risk Services has completed an investigation surrounding the automobile accident of 1/16/2015 and has presented the facts of the accident and claims to Zurich for an analysis of coverage. Zurich American Insurance Company ("Zurich")[1] has reviewed the claim in conjunction with the terms of coverage available to AAA Landscape.

As a result of this review of the claim, the respective Policy, and the applicable law, Zurich has determined that you did not have permission to drive the vehicle owned by AAA Landscape. Zurich therefore has determined that the policy listed above does not provide coverage to you and will neither defend or indemnify you in the lawsuit that has been filed against you. After you have had the opportunity to review this letter, please feel free to contact us with any questions.

### I.  BACKGROUND FACTS

The claim arises out of an auto incident whereby claims for property damage and bodily injury have been asserted by Mr. James McGee. It is reported that you, an AAA Landscape employee, were operating the company's vehicle at the time of a collision with Mr. McGee's vehicle.

You have stated that you were outside the scope of your employment at the time of the accident. The employment manual provided to you and the driver policy and agreement clearly state

that AAA Landscape vehicles are not to be used for personal errands. You signed the receipt for the employee handbook on 6/13/11 and the driver policy and agreement on 9/5/12. You were aware that the AAA Landscape vehicle was not to be used for personal business. You were driving the vehicle without the permission of AAA Landscape at the time of the accident on 1/16/15.

The complaint alleges that you were driving under the influence of alcohol at the time of the accident. The police report indicates that you were also charged with a DUI at the time of the accident. Per page 30 of the employee manual vehicle usage under the influence of alcohol is not allowable.

**II.    APPLICABLE POLICY PROVISIONS**

As discussed more fully below, the following policy provisions apply to exclude coverage to the operator.

**The BAP Policy**

SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".[1]

A.    Description Of Covered Auto Designation Symbols

| Symbol | Description of Covered Auto Designation Symbols |
|--------|-----------------------------------------------|
| 1      | Any auto                                      |

SECTION II – LIABILITY COVERAGE

A.    Coverage

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

1.    Who Is An Insured

The following are "insureds":

a.    You for any covered "auto".[2]

---

[1] The Declarations identify covered autos with the symbol "1".

[2] The Policy states that "you" refers to the named insured(s).

    b.     Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

        (1)    The owner or anyone else from whom you hire or borrow a covered "auto". This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

        (2)    Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

        (3)    Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

        (4)    Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

        (5)    A partner (if you are a partnership), or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

    c.     Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**B.**    Exclusions

This insurance does not apply to any of the following:

1.    Expected Or Intended Injury

"Bodily injury" or property damage" expected or intended from the standpoint of the "insured".

          . . . .

## IV.   CONCLUSION

    For the reasons stated above, Zurich will neither defend nor indemnify you for any damages awarded to Mr. McGee. We suggest you put your personal auto carrier and/or any other household member's auto insurance carrier on notice for this accident so as to not prejudice any coverage you may have under any other policy.

Zurich's rights to deny or limit coverage with respect to the claims discussed above are not limited to the reasons set out herein, but shall include any other basis for non-coverage or denial of the duty to defend that might be hereafter revealed. By enumerating the above-cited policy provisions, Zurich does not waive the right to subsequently assert additional provisions applicable to those causes of action presently asserted, or any that may be asserted, in the Petition, or which may become applicable.

If you receive any additional information regarding this claim or if you are served with any amended suit you should notify AAA Landscape and/or their Third Party Administrator, Creative Risk Services so an additional review of possible coverage may be completed. Ms. Deb Anderson is the claims specialist and can be reached at 515-974-5925. She is located at P.O. Box 9207, Des Moines, IA 50306.

Sincerely,
Zurich American Insurance Company

*Joan M. Kenchik*
Joan M. Kenchik, SCLA
495 N. Keller Road
Maitland, FL 32751
(407) 667-8664

---

cc:
George McNeely
Human Resources
AAA LANDSCAPE
3747 E. Southern Avenue
Phoenix, AZ, 85040

Attorney MoniQue A. Simpson, attorney for Ms. Foutz
Thies, Lihn & Simpson, PLLC
300 West Clarendon Ave., suite 305
Phoenix, AZ 85013

# EXHIBIT 3

## AGREEMENT AND COVENANT NOT TO EXECUTE

**Parties:**

1.     At all relevant times, James McGee was a married man and resident of Maricopa County, Arizona.

2.     At all relevant times, Elizabeth Anne Foutz was a single woman and resident of Maricopa County, Arizona.

**Recitals:**

3.     On January 16, 2015, an accident occurred involving a vehicle driven by James McGee and a vehicle driven by Elizabeth Anne Foutz (hereinafter referred to as the "Accident").

4.     James McGee sustained bodily injury as a result of the Accident.

5.     At the time of the Accident, the vehicle driven by Elizabeth Anne Foutz was a covered auto owned by Underwood Brothers, Inc. d/b/a/ AAA Landscape (hereinafter referred to as "AAA Landscape").

6.     At the time of the Accident, Elizabeth Anne Foutz was not acting in the course and scope of her employment with AAA Landscape.

7.     AAA Landscape insured the covered auto driven by Elizabeth Anne Foutz through Zurich American Insurance Company (hereinafter referred to as "Zurich") with a policy number of BAP3888940-08 (attached hereto as Exhibit 1 to this Agreement and hereinafter referred to as the "Policy").

8.     The Policy provides $1,000,000.00 of coverage for "all sums an 'insured' legally must pay because of 'bodily injury'...caused by an 'accident' and resulting from the... use of a covered 'auto'." See Exhibit 1, p. 33.

9.     The Policy defines an "insured" as "[y]ou for any covered 'auto' [and a]nyone else while using with your permission a covered 'auto' you own...". See Exhibit 1, p. 33.

10.     James McGee filed a lawsuit against Elizabeth Anne Foutz in Maricopa County Superior Court, case number CV2015-010151 (hereinafter referred to as the "Lawsuit") for bodily injury James McGee sustained in the Accident with Elizabeth Anne Foutz while driving a covered auto.

11.   Zurich was provided a copy of the Lawsuit and a request to both defend and indemnify Elizabeth Anne Foutz.

12.   Zurich refused to provide a defense of the Lawsuit and indemnification to Elizabeth Anne Foutz for any judgment awarded against her as a result of the Accident in the Lawsuit.

13.   Zurich's denial of coverage was expressed in a letter dated October 12, 2015 addressed to Elizabeth Anne Foutz (attached hereto as Exhibit 2 and hereinafter referred to as the "Declination Letter").

14.   According to the Declination Letter, the sole reason for Zurich's denial of a defense and indemnification was because Elizabeth Anne Foutz "did not have permission to drive the vehicle owned by AAA Landscape."

15.   According to the declination Letter, this conclusion was reached based upon information contained in AAA Landscape's Driver Policy and Agreement (attached hereto as Exhibit 3 and hereinafter referred to as the "Driver Policy") and AAA Landscape's Employee Handbook (attached hereto as Exhibit 4 and hereinafter referred to as the "Employee Handbook").

16.   On September 5, 2012, Elizabeth Anne Foutz and an authorized representative of AAA Landscape agreed that Elizabeth Anne Foutz was an Authorized Driver of AAA landscaping vehicles and documented such in the Driver Policy.

17.   The Driver Policy indicates that an Authorized Driver may be subject to discipline if the Authorized Driver fails to abide by the Driver Policy.

18.   The Driver Policy requires that an Authorized Driver, among other things, abide all traffic laws, remain seated and buckled up while the covered auto is in motion, not use a cell phone while operating the covered auto, not eat or drink while the covered auto is in motion, keep the covered auto clean at all times, and not use the covered auto for personal use.

19.   According to the Driver Policy, Elizabeth Anne Foutz's signature on the Driver Policy indicated that she "underst[ood] and agree[d] to abide by the policy...[and]...that failure to do so m[ight] result in employee disciplinary action up to and including termination."

20.   The Driver Policy does not indicate that violation of the terms of the Driver Policy constituted lack of permission to use the covered auto; that an Authorized Driver would not be provided a defense or indemnification if involved in an Accident; or that an

Authorized Driver could be financially ruined if involved in an Accident while in violation of the Driver Policy.

21.     The Employee Handbook indicates that "If Company equipment...is damaged, lost or destroyed through employee carelessness, the responsible employee will be charged up to 100% of the cost of repairing or replacing the equipment" and that "[a]ny use of alcohol...is prohibited, whether on or off the Company's time, where said use results in alcohol or drugs being present in an employee's body while at work."

22.     The Employee Handbook does not indicate that violation of the terms of the Employee Handbook constituted lack of permission to use the covered auto; that an employee would not be provided a defense or indemnification if involved in an Accident; or that an employee could be financially responsible for anything more than the cost of repairing or replacing the vehicle if involved in an Accident.

23.     Elizabeth Anne Foutz was not at work or in the course and scope of her duties with AAA Landscape at the time of the Accident.

24.     At the time Elizabeth Anne Foutz became an Authorized Driver, AAA Landscape knew that Elizabeth Anne Foutz owned no other vehicles than the AAA Landscape vehicle and Elizabeth Anne Foutz had no other automobile insurance coverage that would apply to the Accident or defend or indemnify her in regards to the Lawsuit.

25.     Elizabeth Anne Foutz believes that the Lawsuit would result in her financial ruin.

26.     Rather than face the sharp thrust of personal liability, Elizabeth Anne Foutz wishes to shield herself from personal liability far in excess of what she could possibly afford to pay.

WHEREFORE, the parties hereby agree as follows:

27.     The parties stipulate and agree to Judgment against Elizabeth Anne Foutz and in favor of James McGee in the amount of $5,000,000.00 with interest to accrue as per Arizona Revised Statutes in the amount of 4.25% annually.

28.     James McGee covenants **not** to ever execute, collect, or otherwise try to obtain the amount of the stipulated judgment from the assets of Elizabeth Anne Foutz, her beneficiaries, heirs, agents, and/or assignees and to only seek to enforce the judgment against any applicable insurers.

29.     Elizabeth Anne Foutz assigns to James McGee all rights, titles, and interests she has in the Policy and any and all claims and causes of action which she has or may

have, against Zurich in any way related to the Policy and arising out of events or actions that occurred in the Accident and as alleged in the Lawsuit.

30.     This Agreement shall be governed by the laws of the State of Arizona.

31.     Any portion of this Agreement found to be contrary to the law shall be severed from this Agreement and the remaining portions of this Agreement shall remain in full force and effect.

32.     Each party has had the full opportunity to consult an attorney, at their own expense, regarding the Agreement and has either done so or expressly waives their right to do so.

33.     The parties enter into this Agreement freely and are not under any undue influence or duress.

34.     This Agreement supersedes any past oral or written agreement between the parties and/or their attorneys.

35.     This is the entire agreement and no other oral or written agreements shall act to modify, expand, or detract from this Agreement.

36.     This Agreement is not the product of fraud or collusion.

37.     The parties affirm that all of the information contained in this Agreement, upon information and belief, is true to the best of their knowledge and agree to testify in accordance with the terms of this agreement.

38.     James McGee agrees that at the conclusion of all litigation regarding this matter, James McGee will file a Satisfaction of Judgment regarding the Lawsuit with the Maricopa County Superior Court.

Executed on this 29TH day of MARCH , 2016 by:

_Elizabeth Anne Foutz_
Elizabeth Anne Foutz

Executed on this 30 day of march , 2016 by:

_James M. C. McGee_
James McGee

# EXHIBIT 4



ZAIC 100




**ZURICH**

BAP 3888940-08

05-01-2014  at 12:01 A.M.;  Coverage ends 05-01-2015

☐ Individual        ☐ Partnership        ☒ Corporation
☐

05-01-14

09192-000



President

1-800-382-2150
Email          @

05-01-14

09192-000

All

    1.

                                                                  2.

    2.

        10

    3.

                                                                  3.

    4.

    5.

                                                            4.

B.   Changes

                                                                  1.

                                                                 F.

                                                             Policy

C.

D.

(1)                    (a)

(b)

(a)

(b)

(3)

©

ZAIC 108

(a)

(b)

(1)
(2)
(3)

©

**SCHEDULE**



COMMERCIAL AUTO
CA 20 54 10 13

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EMPLOYEE HIRED AUTOS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following is added to the **Who Is An Insured** Provision:

An "employee" of yours is an "insured" while operating an "auto" hired or rented under a contract or agreement in an "employee's" name, with your permission, while performing duties related to the conduct of your business.

**B. Changes In General Conditions**

Paragraph **5.b.** of the **Other Insurance** Condition in the Business Auto and Auto Dealers Coverage Forms and Paragraph **5.f.** of the **Other Insurance Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are replaced by the following:

For Hired Auto Physical Damage Coverage, the following are deemed to be covered "autos" you own:

**1.** Any covered "auto" you lease, hire, rent or borrow; and

**2.** Any covered "auto" hired or rented by your "employee" under a contract in an "employee's" name, with your permission, while performing duties related to the conduct of your business.

However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

© Insurance Services Office, Inc., 2011
ZAIC 113

|  |  |
| --- | --- |
|  | 05-01-2014 |
| 05-01-2015 | |
|  | |
|  | |
|  | |
|  | |

©

**ZAIC 114**

You;

COMMERCIAL AUTO
CA 23 94 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSURE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to **Covered Autos Liability Coverage:**

**Silica Or Silica-related Dust Exclusion For Covered Autos Exposure**

This insurance does not apply to:

1. "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

2. "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

3. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**B. Additional Definitions**

As used in this endorsement:

1. "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

2. "Silica-related dust" means a mixture or combination of silica and other dust or particles.

---

CA 23 94 10 13        © Insurance Services Office, Inc., 2011        Page 1 of 1
ZAIC 116



ENDORSEMENT.





ZAIC 120

Illinois

**)LICY PERIOD:**     From  _05-01-2014_ to _05-01-2015_

**(EVIOUS POLICY NUMBER:**    BAP 3888940-

**)RM OF BUSINESS:**

[X] CORPORATION          [ ] LIMITED LIAB          [ ]

$1,000,000

ENDORSEMENT MINUS

2        $      5.000

AZ

NOT

–

OK

–

**NOT**

TX

NOT



|  |  |  |  |  |  |
|--|--|--|--|--|--|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

ZAIC 128

ZAIC 129

| | | | |
|---|---|---|---|
| | ☐ | ☐ | |
| | ☐ | ☐ | |
| | ☐ | ☐ Mileage | |

1.

4.

**COMMERCIAL AUTO**
**CA 00 01 10 13**

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V Definitions.

## SECTION I   COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

### A. Description Of Covered Auto Designation Symbols

| Symbol | | Description Of Covered Auto Designation Symbols |
|:---:|---|---|
| 1 | Any "Auto" | |
| 2 | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 3 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 4 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 5 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 6 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 7 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 8 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 9 | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

© Insurance Services Office, Inc., 2011

ZAIC 131

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
|---|---|---|

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   **a.** We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   **b.** You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   **a.** Breakdown;

   **b.** Repair;

   **c.** Servicing;

   **d.** "Loss"; or

   **e.** Destruction.

**SECTION II   COVERED AUTOS LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   **a.** You for any covered "auto".

   **b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      **(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

      This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

© Insurance Services Office, Inc., 2011
ZAIC 132

(2) Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

(3) Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

(4) Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

(5) A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

c. Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

2. **Coverage Extensions**

   a. **Supplementary Payments**

   We will pay for the "insured":

   (1) All expenses we incur.

   (2) Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

   (3) The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

   (4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

   (5) All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

   (6) All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

   b. **Out-of-state Coverage Extensions**

   While a covered "auto" is away from the state where it is licensed, we will:

   (1) Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

   (2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

   We will not pay anyone more than once for the same elements of loss because of these extensions.

B. **Exclusions**

This insurance does not apply to any of the following:

1. **Expected Or Intended Injury**

   "Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

2. **Contractual**

   Liability assumed under any contract or agreement.

   But this exclusion does not apply to liability for damages:

   a. Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

   b. That the "insured" would have in the absence of the contract or agreement.

3. **Workers' Compensation**

   Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

© Insurance Services Office, Inc., 2011

ZAIC 133

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

a. An "employee" of the "insured" arising out of and in the course of:

  (1) Employment by the "insured"; or

  (2) Performing the duties related to the conduct of the "insured's" business; or

b. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

  (1) Whether the "insured" may be liable as an employer or in any other capacity; and

  (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

a. Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

b. The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

a. Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

b. After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

a. Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

b. Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

  (1) When all of the work called for in your contract has been completed;

  (2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

  (3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

© Insurance Services Office, Inc., 2011
ZAIC 134

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

(1) Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

(2) Otherwise in the course of transit by or on behalf of the "insured"; or

(3) Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts if:

(1) The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

(2) The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(a) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(b) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

© Insurance Services Office, Inc., 2011
ZAIC 135

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III   PHYSICAL DAMAGE COVERAGE

### A. Coverage

1. We will pay for "loss" to a covered "auto" or its equipment under:

   a. **Comprehensive Coverage**

      From any cause except:

      (1) The covered "auto's" collision with another object; or

      (2) The covered "auto's" overturn.

   b. **Specified Causes Of Loss Coverage**

      Caused by:

      (1) Fire, lightning or explosion;

      (2) Theft;

      (3) Windstorm, hail or earthquake;

      (4) Flood;

      (5) Mischief or vandalism; or

      (6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   c. **Collision Coverage**

      Caused by:

      (1) The covered "auto's" collision with another object; or

      (2) The covered "auto's" overturn.

2. **Towing**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage   Hitting A Bird Or Animal Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   a. Glass breakage;

   b. "Loss" caused by hitting a bird or animal; and

   c. "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extensions**

   a. **Transportation Expenses**

      We will pay up to $20 per day, to a maximum of $600, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   b. **Loss Of Use Expenses**

      For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

      (1) Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

      (2) Specified Causes Of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

© Insurance Services Office, Inc., 2011
ZAIC 136

(3) Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   **a. Nuclear Hazard**

   (1) The explosion of any weapon employing atomic fission or fusion; or

   (2) Nuclear reaction or radiation, or radioactive contamination, however caused.

   **b. War Or Military Action**

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

3. We will not pay for "loss" due and confined to:

   **a.** Wear and tear, freezing, mechanical or electrical breakdown.

   **b.** Blowouts, punctures or other road damage to tires.

   This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

4. We will not pay for "loss" to any of the following:

   **a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

   **b.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

   **c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

   **d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

5. Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

   **a.** Permanently installed in or upon the covered "auto";

   **b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

   **c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

   **d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

6. We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limits Of Insurance**

1. The most we will pay for:

   **a.** "Loss" to any one covered "auto" is the lesser of:

   (1) The actual cash value of the damaged or stolen property as of the time of the "loss"; or

   (2) The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

   **b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

   (1) Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

© Insurance Services Office, Inc., 2011
ZAIC 137

**(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

**(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV   BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

© Insurance Services Office, Inc., 2011
ZAIC 138

**4. Loss Payment   Physical Damage Coverages**

At our option, we may:

a. Pay for, repair or replace damaged or stolen property;

b. Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

a. This Coverage Form;

b. The covered "auto";

c. Your interest in the covered "auto"; or

d. A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee   Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

a. For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

(1) Excess while it is connected to a motor vehicle you do not own; or

(2) Primary while it is connected to a covered "auto" you own.

b. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

c. Regardless of the provisions of Paragraph a. above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

d. When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

a. The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

b. If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less;

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V   DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

© Insurance Services Office, Inc., 2011
ZAIC 140

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

(1) The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

(2) The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(a) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(b) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

E. "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

F. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

G. "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

H. "Insured contract" means:

1. A lease of premises;

2. A sidetrack agreement;

3. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

5. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

6. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

a. That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

b. That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

c. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

I. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

J. "Loss" means direct and accidental loss or damage.

K. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

1. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. Vehicles maintained for use solely on or next to premises you own or rent;

3. Vehicles that travel on crawler treads;

© Insurance Services Office, Inc., 2011

**4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **a.** Power cranes, shovels, loaders, diggers or drills; or

    **b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**5.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

    **b.** Cherry pickers and similar devices used to raise or lower workers; or

**6.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    **a.** Equipment designed primarily for:

      **(1)** Snow removal;

      **(2)** Road maintenance, but not construction or resurfacing; or

      **(3)** Street cleaning;

    **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

    **1.** Damages because of "bodily injury" or "property damage"; or

    **2.** A "covered pollution cost or expense";

to which this insurance applies, are alleged.

"Suit" includes:

    **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

    **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

© Insurance Services Office, Inc., 2011
ZAIC 142

COMMERCIAL AUTO
CA 01 75 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ARIZONA CHANGES

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Arizona, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Changes In Conditions**

The **Concealment, Misrepresentation Or Fraud** General Condition is replaced by the following:

**2. Concealment, Misrepresentation Or Fraud**

We will not pay for any "loss" or damage in any case involving misrepresentations, omissions, concealment of facts or incorrect statements:

**a.** That are fraudulent;

**b.** That are material either to the acceptance of the risk, or to the hazard assumed by us; and

**c.** Where, if the true facts had been known to us as required either by the application for the policy or otherwise, we in good faith would either:

**(1)** Not have issued the policy;

**(2)** Not have issued the policy in as large an amount; or

**(3)** Not have provided coverage with respect to the hazard resulting in the "loss".

© Insurance Services Office, Inc., 2012
ZAIC 143

b.

Paragraphs        and

Paragraph

2a.

2d.

©                                    □

of:

**Exclusions     Section**
**Coverage**

COMMERCIAL AUTO
CA 02 05 05 14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ARIZONA CHANGES   NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

The following is added to the **Cancellation** Common Policy Condition and supersedes any provision to the contrary:

**Nonrenewal**

1. If we decide not to renew this Policy, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal at least 30 days before the expiration or anniversary date of this Policy.

2. We will mail or deliver our written notice to the first Named Insured's last address known to us.

3. We will not mail or deliver this written notice if:

   a. You have requested or agreed to nonrenewal;

   b. This Policy is expressly designated as nonrenewable;

   c. You have failed to pay a premium when due;

   d. We have offered to issue a renewal policy;

   e. You have insured elsewhere; or

   f. You have specifically requested termination.

4. If notice is mailed, proof of mailing is sufficient proof of notice.

© Insurance Services Office, Inc., 2013
ZAIC 146

notification.

d.

a.   b.

©

c.

d.

member".

auto".

e.

or

only.

b.

b.

b.

b.

c.

d.

**A.2.b.**

©

ZAIC 148

d.

d.

Loss

©

**4.**

**Definitions**

**b.**

**a.**      **b.**

**a.**

©

ZAIC 151

POLICY NUMBER: BAP 3888940-08

COMMERCIAL AUTO
CA 21 39 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ARIZONA UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Arizona, this endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

---

**Named Insured:**

**Endorsement Effective Date:**

---

## SCHEDULE

| | |
|---|---|
| **Limit Of Insurance:** $30,000 | **Each "Accident"** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

© Insurance Services Office, Inc., 2012
ZAIC 152

**C. Exclusions**

This insurance does not apply to any of the following:

1. Punitive or exemplary damages.

2. Any claim settled without our consent.

3. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

5. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

2. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form, Medical Payments Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

   We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible, including all sums paid under the policy's Covered Autos Liability Coverage.

   We will not pay for any element of "loss" for which an "insured" is entitled to receive payment under any workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance   Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are changed by addition of the following:

   a. The reference to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

   b. Any insurance we provide with respect to a vehicle owned by the Named Insured or, if the Named Insured is an individual, any "family member", that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved; and

   b. Promptly send us copies of the legal papers if a "suit" is brought.

3. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

   If we make any payment under this coverage, and the "insured", or someone on behalf of the "insured", has a right to recover damages from the owner or operator of the "uninsured motor vehicle", we shall be subrogated to that right.

© Insurance Services Office, Inc., 2012

ZAIC 153

**4. Two Or More Coverage Forms Or Policies Issued By Us** Condition is replaced by the following:

If this Coverage Form and any other Coverage Form or policy issued to the Named Insured by us or any company affiliated with us apply to the same "accident", only one Coverage Form or policy shall be applicable to the "accident". The Named Insured shall select the one Coverage Form or policy that will apply. This condition does not apply to any Coverage Form or policy issued by us or any affiliated company which is excess insurance over this Coverage Form.

**5.** The following conditions are added:

**a. Arbitration**

(1) If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

(2) Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**b. Time Limitation**

(1) We will not be liable for uninsured motorists coverage benefits unless the "insured" gives us written notice of the "insured's" intent to pursue an uninsured motorists coverage claim under this Coverage Form within three years after the date of the "accident" that caused the "bodily injury". However, the "insured" may make an uninsured motorists coverage claim within three years after the earliest of the following:

(a) The date the "insured" knew that the tortfeasor was uninsured.

(b) The date the "insured" knows or should have known that coverage was denied by the tortfeasor's insurer.

(c) The date the "insured" knows or should have known of the insolvency of the tortfeasor's insurer.

(2) If we and the "insured" do not settle a claim for uninsured motorists coverage under this Coverage Form for which the "insured" has given us timely written notice in accordance with Paragraph (1) above, we will not be liable for uninsured motorists coverage benefits unless within three years after the date the "insured" provides us with such written notice the "insured":

(a) Files a lawsuit against us for uninsured motorists coverage benefits under this Coverage Form; or

(b) Requests arbitration pursuant to the provisions of this Coverage Form.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability bond or policy at the time of an "accident" provides at least the amount specified in Section 28-4009 of the Arizona Revised Statutes;

**b.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**c.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must either:

(1) Hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying"; or

**(2)** Cause "bodily injury" to an "insured" without hitting an "insured", a covered "auto" or a vehicle an "insured" is "occupying", provided the facts of the "accident" can be corroborated by any additional and confirming testimony, fact or evidence that strengthens and adds weight or credibility to the "insured's" representation of the "accident".

However, "uninsured motor vehicle" does not include any vehicle designed for use mainly off public roads while not on public roads.

© Insurance Services Office, Inc., 2012
ZAIC 155

CA 21 39 10 13

POLICY NUMBER: BAP 3888940-08

**COMMERCIAL AUTO**
**CA 21 40 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ARIZONA UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Arizona, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

### SCHEDULE

| | |
|---|---|
| **Limit Of Insurance:** $30,000 | **Each "Accident"** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "underinsured motor vehicle".

2. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

CA 21 40 10 13

© Insurance Services Office, Inc., 2012
ZAIC 156

Page 1 of 3

## C. Exclusions

This insurance does not apply to any of the following:

1. Punitive or exemplary damages.

2. Any claim settled without our consent.

3. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

5. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Underinsured Motorists Coverage shown in the Schedule or Declarations.

2. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form, Medical Payments Coverage endorsement or Uninsured Motorists Coverage endorsement attached to this Coverage Part.

   We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible, including all sums paid under the policy's Covered Autos Liability Coverage.

3. We will reduce the "insured's" total damages by any amount available to that "insured", under any bodily injury liability bonds or policies applicable to the "underinsured motor vehicle", that such "insured" did not recover as a result of a settlement between that "insured" and the insurer of an "underinsured motor vehicle". However, any reduction of the "insured's" total damages will not reduce the limit of liability for this coverage.

## E. Changes In Conditions

The Conditions are changed for Underinsured Motorists Coverage as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance    Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are changed by addition of the following:

   a. The reference to "other collectible insurance" applies only to other collectible underinsured motorists insurance.

   b. Any insurance we provide with respect to a vehicle owned by the Named Insured or, if the Named Insured is an individual, any "family member", that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved; and

   b. Promptly send us copies of the legal papers if a "suit" is brought.

3. The **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply to Underinsured Motorists Coverage.

4. The **Two Or More Coverage Forms Or Policies Issued By Us** Condition is replaced by the following:

   **Two Or More Coverage Forms Or Policies Issued By Us**

   If this Coverage Form and any other Coverage Form or policy issued to the Named Insured by us or any company affiliated with us apply to the same "accident", only one Coverage Form or policy shall be applicable to the "accident". The Named Insured shall select the one Coverage Form or policy that will apply. This condition does not apply to any Coverage Form or policy issued by us or any affiliated company which is excess insurance over this Coverage Form.

© Insurance Services Office, Inc., 2012
ZAIC 157

CA 21 40 10 13

5. The following conditions are added:

a. **Arbitration**

(1) If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

(2) Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

b. **Time Limitation**

(1) We will not be liable for underinsured motorists coverage benefits unless the "insured" gives us written notice of the "insured's" intent to pursue an underinsured motorists coverage claim under this Coverage Form within three years after the date of the "accident" that caused the "bodily injury", and the "insured" has either made a claim with the tortfeasor's insurer or filed an action against the tortfeasor within the time limits prescribed by Section 12-542 of the Arizona Revised Statutes or within the corresponding limitation period provided under the law of the location where the "accident" occurred. However, the "insured" may make an underinsured motorists coverage claim within three years after the date the "insured" knows or should have known that the tortfeasor has insufficient liability insurance to cover the "insured's" injuries.

(2) If we and the "insured" do not settle a claim for underinsured motorists coverage under this Coverage Form for which the "insured" has given us timely written notice in accordance with Paragraph (1) above, we will not be liable for Underinsured Motorists Coverage benefits unless within three years after the date the "insured" provides us with such written notice the "insured":

(a) Files a lawsuit against us for underinsured motorists coverage benefits under this Coverage Form; or

(b) Requests arbitration pursuant to the provisions of this Coverage Form.

F. **Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which the sum of all bonds or policies applicable at the time of an "accident" does not provide at least the amount an "insured" is legally entitled to recover as damages resulting from "bodily injury" caused by the "accident".

However, "underinsured motor vehicle" does not include any vehicle designed for use mainly off public roads while not on public roads.

 © Insurance Services Office, Inc., 2012

ZAIC 158

A. Paragraphs          5.          **Cancellation**                    (5)

   2.

                                                                5.

   cancellation.

   follows:                                        refund.
   a.                                       B.
                                               1. **Nonrenewal**
                                                  (a)

   b

                                                          (b)

      reasons:
      (1)
      (2)
      (3)

      (4)

2

©

(2)

3.

5.

a.

©

b.

a.        b.

©

**ZAIC 164**

COMMERCIAL AUTO
CA 99 48 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLLUTION LIABILITY   BROADENED COVERAGE FOR COVERED AUTOS   BUSINESS AUTO AND MOTOR CARRIER COVERAGE FORMS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Covered Autos Liability Coverage** is changed as follows:

1. Paragraph **a.** of the **Pollution** Exclusion applies only to liability assumed under a contract or agreement.

2. With respect to the coverage afforded by Paragraph **A.1.** above, Exclusion **B.6. Care, Custody Or Control** does not apply.

**B. Changes In Definitions**

For the purposes of this endorsement, Paragraph **D.** of the **Definitions** Section is replaced by the following:

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

2. Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

b. After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraphs **a.** and **b.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

CA 99 48 10 13

© Insurance Services Office, Inc., 2011

ZAIC 165

# Coverage Extension Endorsement



**ZURICH**°

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| | | | | | | |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the:

**Business Auto Coverage Form**
**Motor Carrier Coverage Form**

**A. Amended Who Is An Insured**

1. The following is added to the **Who Is An Insured** Provision in **Section II   Covered Autos Liability Coverage**:

   The following are also "insureds":

   a. Any "employee" of yours is an "insured" while using a covered "auto" you don't own, hire or borrow for acts performed within the scope of employment by you.  Any "employee" of yours is also an "insured" while operating an "auto" hired or rented under a contract or agreement in an "employee's" name, with your permission, while performing duties related to the conduct of your business.

   b. Anyone volunteering services to you is an "insured" while using a covered "auto" you don't own, hire or borrow to transport your clients or other persons in activities necessary to your business.

   c. Anyone else who furnishes an "auto" referenced in Paragraphs **A.1.a.** and **A.1.b.** in this endorsement.

   d. Where and to the extent permitted by law, any person(s) or organization(s) where required by written contract or written agreement with you executed prior to any "accident", including those person(s) or organization(s) directing your work pursuant to such written contract or written agreement with you,  provided the "accident" arises out of operations governed by such contract or agreement and only up to the limits required in the written contract or written agreement, or the Limits of Insurance shown in the Declarations, whichever is less.

2. The following is added to the **Other Insurance** Condition in the Business Auto Coverage Form and the **Other Insurance   Primary and Excess Insurance Provisions Condition** in the Motor Carrier Coverage Form:

   Coverage for any person(s) or organization(s), where required by written contract or written agreement with you executed prior to any "accident", will apply on a primary and non-contributory basis and any insurance maintained by the additional "insured" will apply on an excess basis.  However, in no event will this coverage extend beyond the terms and conditions of the Coverage Form.

**B. Amendment   Supplementary Payments**

Paragraphs **a.(2)** and **a.(4)** of the **Coverage Extensions** Provision in **Section II   Covered Autos Liability Coverage** are replaced by the following:

**(2)** Up to $5,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover.  We do not have to furnish these bonds.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $500 a day because of time off from work.

ZAIC 166

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

U-CA-424-F CW (04-14)
Page 1 of 6

**C. Fellow Employee Coverage**

The **Fellow Employee** Exclusion contained in **Section II   Covered Autos Liability Coverage** does not apply.

**D. Driver Safety Program Liability and Physical Damage Coverage**

1. The following is added to the **Racing** Exclusion in **Section II   Covered Autos Liability Coverage**:

   This exclusion does not apply to covered "autos" participating in a driver safety program event, such as, but not limited to, auto or truck rodeos and other auto or truck agility demonstrations.

2. The following is added to Paragraph **2.** in the **Exclusions of Section III   Physical Damage Coverage** of the Business Auto Coverage Form and Paragraph **2.b.** in the **Exclusions of Section IV   Physical Damage Coverage** of the Motor Carrier Coverage Form:

   This exclusion does not apply to covered "autos" participating in a driver safety program event, such as, but not limited to, auto or truck rodeos and other auto or truck agility demonstrations.

**E. Lease or Loan Gap Coverage**

The following is added to the **Coverage** Provision of the **Physical Damage Coverage** Section:

**Lease Or Loan Gap Coverage**

In the event of a total "loss" to a covered "auto", we will pay any unpaid amount due on the lease or loan for a covered "auto", less:

**a.** Any amount paid under the **Physical Damage Coverage** Section of the Coverage Form; and

**b.** Any:

   **(1)** Overdue lease or loan payments at the time of the "loss";

   **(2)** Financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage;

   **(3)** Security deposits not returned by the lessor;

   **(4)** Costs for extended warranties, credit life insurance, health, accident or disability insurance purchased with the loan or lease; and

   **(5)** Carry-over balances from previous leases or loans.

**F. Towing and Labor**

Paragraph **A.2.** of the **Physical Damage Coverage** Section is replaced by the following:

We will pay up to $75 for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

**G. Extended Glass Coverage**

The following is added to Paragraph **A.3.a.** of the **Physical Damage Coverage** Section:

If glass must be replaced, the deductible shown in the Declarations will apply. However, if glass can be repaired and is actually repaired rather than replaced, the deductible will be waived. You have the option of having the glass repaired rather than replaced.

**H. Hired Auto Physical Damage   Increased Loss of Use Expenses**

The **Coverage Extension** for **Loss Of Use Expenses** in the **Physical Damage Coverage** Section is replaced by the following:

**Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or written rental agreement. We will pay for loss of use expenses if caused by:

ZAIC  167

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

U-CA-424-F CW (04-14)
Page 2 of 6

(1) Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

(2) Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

(3) Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $100 per day, to a maximum of $3000.

**I.   Personal Effects Coverage**

The following is added to the **Coverage** Provision of the **Physical Damage Coverage** Section:

**Personal Effects Coverage**

**a.**   We will pay up to $750 for "loss" to personal effects which are:

(1) Personal property owned by an "insured"; and

(2) In or on a covered "auto".

**b.**   Subject to Paragraph **a.** above, the amount to be paid for "loss" to personal effects will be based on the lesser of:

(1) The reasonable cost to replace; or

(2) The actual cash value.

**c.**   The coverage provided in Paragraphs **a.** and **b.** above, only applies in the event of a total theft of a covered "auto".  No deductible applies to this coverage.  However, we will not pay for "loss" to personal effects of any of the following:

(1) Accounts, bills, currency, deeds, evidence of debt, money, notes, securities, or commercial paper or other documents of value.

(2) Bullion, gold, silver, platinum, or other precious alloys or metals; furs or fur garments; jewelry, watches, precious or semi-precious stones.

(3) Paintings, statuary and other works of art.

(4) Contraband or property in the course of illegal transportation or trade.

(5) Tapes, records, discs or other similar devices used with audio, visual or data electronic equipment.

Any coverage provided by this Provision is excess over any other insurance coverage available for the same "loss".

**J.   Tapes, Records and Discs Coverage**

**1.**   The Exclusion in Paragraph **B.4.a.** of **Section III   Physical Damage Coverage** in the Business Auto Coverage Form and the Exclusion in Paragraph **B.2.c.** of **Section IV   Physical Damage Coverage** in the Motor Carrier Coverage Form does not apply.

**2.**   The following is added to Paragraph **1.a. Comprehensive Coverage** under the **Coverage** Provision of the **Physical Damage Coverage** Section:

We will pay for "loss" to tapes, records, discs or other similar devices used with audio, visual or data electronic equipment.  We will pay only if the tapes, records, discs or other similar audio, visual or data electronic devices:

(a) Are the property of an "insured"; and

(b) Are in a covered "auto" at the time of "loss".

The most we will pay for such "loss" to tapes, records, discs or other similar devices is $500.  The **Physical Damage Coverage Deductible** Provision does not apply to such "loss".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**K. Airbag Coverage**

The Exclusion in Paragraph **B.3.a. of Section III   Physical Damage Coverage** in the Business Auto Coverage Form and the Exclusion in Paragraph **B.4.a. of Section IV   Physical Damage Coverage** in the Motor Carrier Coverage Form does not apply to the accidental discharge of an airbag.

**L. Two or More Deductibles**

The following is added to the **Deductible** Provision of the **Physical Damage Coverage** Section:

If an accident is covered both by this policy or Coverage Form and by another policy or Coverage Form issued to you by us, the following applies for each covered "auto" on a per vehicle basis:

1.  If the deductible on this policy or Coverage Form is the smaller (or smallest) deductible, it will be waived; or

2.  If the deductible on this policy or Coverage Form is not the smaller (or smallest) deductible, it will be reduced by the amount of the smaller (or smallest) deductible.

**M. Physical Damage   Comprehensive Coverage   Deductible**

The following is added to the **Deductible** Provision of the **Physical Damage Coverage** Section:

Regardless of the number of covered "autos" damaged or stolen, the maximum deductible that will be applied to Comprehensive Coverage for all "loss" from any one cause is $5,000 or the deductible shown in the Declarations, whichever is greater.

**N. Temporary Substitute Autos   Physical Damage**

1.  The following is added to **Section I   Covered Autos**:

    **Temporary Substitute Autos   Physical Damage**

    If Physical Damage Coverage is provided by this Coverage Form on your owned covered "autos", the following types of vehicles are also covered "autos" for Physical Damage Coverage:

    Any "auto" you do not own when used with the permission of its owner as a temporary substitute for a covered "auto" you do own but is out of service because of its:

    1.  Breakdown;

    2.  Repair;

    3.  Servicing;

    4.  "Loss"; or

    5.  Destruction.

2.  The following is added to the Paragraph **A. Coverage** Provision of the **Physical Damage Coverage** Section:

    **Temporary Substitute Autos   Physical Damage**

    We will pay the owner for "loss" to the temporary substitute "auto" unless the "loss" results from fraudulent acts or omissions on your part.  If we make any payment to the owner, we will obtain the owner's rights against any other party.

    The deductible for the temporary substitute "auto" will be the same as the deductible for the covered "auto" it replaces.

**O. Amended Duties In The Event Of Accident, Claim, Suit Or Loss**

Paragraph **a.** of the **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition is replaced by the following:

a.  In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident", claim, "suit" or "loss".  However, these duties only apply when the "accident", claim, "suit" or "loss" is known to you (if you are an individual), a partner (if you are a partnership), a member (if you are a limited liability company) or an executive officer or insurance manager (if you are a corporation).  The failure of any

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

agent, servant or employee of the "insured" to notify us of any "accident", claim, "suit" or "loss" shall not invalidate the insurance afforded by this policy.

Include, as soon as practicable:

**(1)** How, when and where the "accident" or "loss" occurred and if a claim is made or "suit" is brought, written notice of the claim or "suit" including, but not limited to, the date and details of such claim or "suit";

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

If you report an "accident", claim, "suit" or "loss" to another insurer when you should have reported to us, your failure to report to us will not be seen as a violation of these amended duties provided you give us notice as soon as practicable after the fact of the delay becomes known to you.

**P. Waiver of Transfer Of Rights Of Recovery Against Others To Us**

The following is added to the **Transfer Of Rights Of Recovery Against Others To Us** Condition:

This Condition does not apply to the extent required of you by a written contract, executed prior to any "accident" or "loss", provided that the "accident" or "loss" arises out of operations contemplated by such contract. This waiver only applies to the person or organization designated in the contract.

**Q. Employee Hired Autos   Physical Damage**

Paragraph **b.** of the **Other Insurance** Condition in the Business Auto Coverage Form and Paragraph **f.** of the **Other Insurance   Primary and Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are replaced by the following:

For Hired Auto Physical Damage Coverage, the following are deemed to be covered "autos" you own:

**(1)** Any covered "auto" you lease, hire, rent or borrow; and

**(2)** Any covered "auto" hired or rented under a written contract or written agreement entered into by an "employee" or elected or appointed official with your permission while being operated within the course and scope of that "employee's" employment by you or that elected or appointed official's duties as respect their obligations to you.

However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**R. Unintentional Failure to Disclose Hazards**

The following is added to the **Concealment, Misrepresentation Or Fraud** Condition:

However, we will not deny coverage under this Coverage Form if you unintentionally:

**(1)** Fail to disclose any hazards existing at the inception date of this Coverage Form; or

**(2)** Make an error, omission, improper description of "autos" or other misstatement of information.

You must notify us as soon as possible after the discovery of any hazards or any other information that was not provided to us prior to the acceptance of this policy.

**S. Hired Auto   World Wide Coverage**

Paragraph **7a.(5)** of the **Policy Period, Coverage Territory** Condition is replaced by the following:

**(5)** Anywhere in the world if a covered "auto" is leased, hired, rented or borrowed for a period of 60 days or less,

**T. Bodily Injury Redefined**

The definition of "bodily injury" in the **Definitions** Section is replaced by the following:

"Bodily injury" means bodily injury, sickness or disease, sustained by a person including death or mental anguish, resulting from any of these at any time.  Mental anguish means any type of mental or emotional illness or disease.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**U. Expected Or Intended Injury**

The **Expected Or Intended Injury** Exclusion in Paragraph **B. Exclusions** under **Section II   Covered Auto Liability Coverage** is replaced by the following:

**Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".  This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**V. Physical Damage   Additional Temporary Transportation Expense Coverage**

Paragraph **A.4.a.** of Section III   **Physical Damage Coverage** is replaced by the following:

**4. Coverage Extensions**

**a. Transportation Expenses**

We will pay up to $50 per day to a maximum of $1,000 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type.  We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage.  We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

**W. Replacement of a Private Passenger Auto with a Hybrid or Alternative Fuel Source Auto**

The following is added to Paragraph **A. Coverage** of the **Physical Damage Coverage** Section:

In the event of a total "loss" to a covered "auto" of the private passenger type that is replaced with a hybrid "auto" or "auto" powered by an alternative fuel source of the private passenger type, we will pay an additional 10% of the cost of the replacement "auto", excluding tax, title, license, other fees and any aftermarket vehicle upgrades, up to a maximum of $2500.  The covered "auto" must be replaced by a hybrid "auto" or an "auto" powered by an alternative fuel source within 60 calendar days of the payment of the "loss" and evidenced by a bill of sale or new vehicle lease agreement.

To qualify as a hybrid "auto", the "auto" must be powered by a conventional gasoline engine and another source of propulsion power.  The other source of propulsion power must be electric, hydrogen, propane, solar or natural gas, either compressed or liquefied.  To qualify as an "auto" powered by an alternative fuel source, the "auto" must be powered by a source of propulsion power other than a conventional gasoline engine.  An "auto" solely propelled by biofuel, gasoline or diesel fuel or any blend thereof is not an "auto" powered by an alternative fuel source.

**X. Return of Stolen Automobile**

The following is added to the **Coverage Extension** Provision of the **Physical Damage Coverage** Section:

If a covered "auto" is stolen and recovered, we will pay the cost of transport to return the "auto" to you.  We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage.

All other terms, conditions, provisions and exclusions of this policy remain the same.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.





| | Eff. Date of Pol | Exp. Date of Pol | Eff. Date of End | Producer No | Add'll Prem | |
|---|---|---|---|---|---|---|



**NOT**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
ZAIC 173

| Coverage | Equipment | | Equipment | | | |
|---|---|---|---|---|---|---|
| Coverage | | | | | | |
| Coverage | | | | | | |
| Protection | | | | | | |
| | | | | | | |
| | | | | | | |
| Payments | | | | | | |
| | | | | | | |
| | | | | | | |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
ZAIC  174

**Equipment**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
ZAIC  175

Equipment     Equipment

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
ZAIC  176



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | | Return Prem. |
|---|---|---|---|---|---|---|
| | | | | | | |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the:

**Business Auto Coverage Form**
**Motor Carrier Coverage Form**

1. The following is added to the **Who Is An Insured** Provision of **Section II - Covered Autos Liability Coverage**:

   A. **Broadened Named Insured**

      1. Any organization of yours that has been acquired or formed prior to this policy period (other than a partnership, limited liability company or joint venture) but is not shown in the Declarations as of the effective date of this Coverage Form, will nevertheless qualify as a Named Insured if:

         a. You maintain an ownership interest of more than 50% of such organization; and

         b. Such organization has been incorporated or organized under the laws of the United States of America (including any state thereof), its territories or possessions.

         Each such organization remains qualified as a Named Insured only while you maintain an ownership interest of more than 50% in the organization during the current policy period.

      2. However, regardless of the provisions of Paragraph **1.** above, no such organization will qualify as a Named Insured under this Coverage Form if the organization:

         a. Was newly acquired or formed by you in the preceding policy period in which we provided coverage, but was not reported to us before the end of that preceding policy period;

         b. Is also an insured under another policy, other than a policy written to apply specifically in excess of this Coverage Form; or

         c. Would be an insured under another policy, regardless of coverage termination or the exhaustion of its limits of insurance.

   B. **Newly Acquired or Formed Organizations as Named Insureds**

      1. **Newly Acquired Or Formed Organizations Other Than Partnerships, Joint Ventures or Limited Liability Companies**

         Any organization you newly acquire or form during this policy period (other than a partnership, limited liability company or joint venture) will qualify as a Named Insured if:

         a. You have an ownership interest of more than 50% in such organization; and

         b. Such organization has been incorporated or organized under the laws of the United States of America (including any state thereof), its territories or possessions.

         Each newly acquired or formed organization shall remain qualified as a Named Insured only while you maintain an ownership interest of more than 50% in the organization during the current policy period.

U-CA-825-B CW (02-14)
Page 1 of 2

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ZAIC  177

2. However, regardless of the provisions of Paragraph **1.** above:

    a. No such organization will qualify as a Named Insured under this Coverage Form if the organization:

        **(1)** Is also an insured under another policy, other than a policy written to apply specifically in excess of this Coverage Form; or

        **(2)** Would be an insured under another policy, regardless of coverage termination or the exhaustion of its limits of insurance; and

    b. Coverage will be afforded to any such organization qualifying as a Named Insured only until the end of this policy period if the organization is not reported to us during this policy period.

3. **Newly Formed Partnerships, Limited Liability Companies, or Joint Ventures**

    Any partnership, limited liability company or joint venture you newly form during this policy period, where:

    a. You maintain an ownership interest;

    b. As respects any joint venture, you have agreed in the Joint Venture Agreement to name the joint venture as a Named insured to your policy; and

    c. Such partnership, limited liability company or joint venture has been organized under the laws of the United States of America (including any state thereof), its territories or possessions,

    will qualify as a Named Insured, provided no other similar insurance was purchased for the partnership, limited liability company or joint venture.  However, coverage under this provision is afforded only until the 90th day after you form the partnership, limited liability company or joint venture, or the end of the policy period, whichever is earlier, if the organization is not reported to us during this policy period.

4. With regard to Paragraphs **1.** and **3.** above, the following additional provision applies:

    No coverage shall apply to "bodily injury" or "property damage" that results from an "accident" that occurred before you acquired or formed the organization.

All other terms, conditions, provisions and exclusions of this policy remain the same.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL AUTO
CA 99 03 10 13

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## A. Coverage

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

## B. Who Is An Insured

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

## C. Exclusions

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

© Insurance Services Office, Inc., 2011
ZAIC  179

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Bodily injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The **Conditions** are changed for **Auto Medical Payments Coverage** as follows:

1. The **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply.

2. The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance   Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

© Insurance Services Office, Inc., 2011
ZAIC 180

CA 99 03 10 13

**D.2.**

**10**

# AUDIO, VISUAL AND DATA ELECTRONIC EQUIPMENT COVERAGE ADDED LIMITS

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

**Named Insured:**

**Endorsement Effective Date:**

## SCHEDULE

| Description Of Covered "Auto" | Per "Loss" Limit | Additional Premium |
|---|---|---|
| OWNED AUTOS ONLY | $  50,000 | $ |
|  | $ | $ |
|  | $ | $ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**Physical Damage Coverage** is amended as follows:

The sublimits in Paragraph **C.1.b.** of the Limits Of Insurance provision in the Business Auto and Motor Carrier Coverage Forms and in Paragraph **4.a.(2)** of the Limits Of Insurance provision in the Auto Dealers Coverage Form are in addition to the Per "Loss" Limit shown in the Schedule of this endorsement.

ZAIC 186



# ZURICH

**IMPORTANT NOTICE**

**Texas Automobile Burglary and Theft Prevention Authority Pass    Through Fee**

NOTICE:  A fee of $          is payable in addition to the premium due under this policy.
This fee partially or co          y reimburses the insurer, as permitted by 28 TAC section 5.205,
for the $2.00 fee per motor vehicle year required to be paid to the Automobile Burglary and
Theft Prevention Authority under
Texas, Article 4413(37), section 10, which was effective on June 6, 1991, and revised effective
September 1, 2011.

U-CA-339-C (TX) (11/13)

ZAIC 187

# 2013 Commercial Auto Multistate Forms Revision Advisory Notice To Policyholders



**ZURICH**®

This is a summary of the major changes to your policy. No coverage is provided by this summary nor can it be construed to replace any provisions of your policy or endorsements. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the Policy and this summary, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Highlighted below are areas within the Policy that broaden, reduce or reinforce coverage. This notice does not reference every change, including editorial changes, made in your policy.

---

## COVERAGE FORMS

### REINFORCEMENTS OF COVERAGE

**Revision To "Liability Coverage" Form References**

**CA 00 01    Business Auto Coverage Form**

**CA 00 20    Motor Carrier Coverage Form**

References to "Liability Coverage" that pertain to auto liability in the Business Auto Coverage Form and Motor Carrier Coverage Form are replaced with "Covered Autos Liability Coverage" to distinguish such coverage from the other types of liability coverages that may be included in your policy.

**Revisions To Physical Damage Coverage**

**CA 00 01    Business Auto Coverage Form**

**CA 00 05    Motor Carrier Coverage Form**

The Limits Of Insurance provision under Physical Damage Coverage is reinforced to reflect that "loss" rather than "accident" triggers coverage under this section.

---

## MULTISTATE ENDORSEMENTS

### BROADENINGS OF COVERAGE

**NEW OPTIONAL ENDORSEMENTS**

**CA 23 30    Motor Carrier Endorsement**

In general, this endorsement may be used to convert the Business Auto Coverage Form into a Motor Carrier Coverage Form for autos used in your operations as a motor carrier.

**EXISTING OPTIONAL ENDORSEMENTS**

**CA 20 54    Employee Hired Autos**

This endorsement is revised to reinforce that any employee of yours is an insured while operating a rental or hired vehicle taken out in another employee's name for the purposes of performing duties related to the conduct of your business and with your permission.

**CA 99 16    Hired Autos Specified As Covered Auto You Own**

This endorsement has been revised to remove the wording which limits coverage with respect to the lessor solely to liability arising out of the acts or omissions of the lessee or anyone else acting on the lessee's behalf.

---

ZAIC 188

**CA 99 37   Garagekeepers Coverage**

Spouses of partners, managers of limited liability companies and executive officers are included as insureds with respect to the conduct of your garage operations.

**UCA 424   Coverage Extension Endorsement**

This endorsement has been revised to:

A.  Reinforce that an employee of yours is an insured under Covered Autos Liability Coverage while

    permission, while performing duties related to the conduct of your business;

B.  Extend Insured status under Covered Autos Liability Coverage to any person(s) or organization(s) where required by written contract or written agreement including those person(s) or organization(s) directing your work.  Such coverage will apply on a primary and non-contributory basis with any insurance

C.  Reinforce that the Expected Or Intended Injury Exclusion under the Covered Autos Liability Coverage does not apply if the bodily injury or property damage results from reasonable force to protect persons or property;

D.  Include payment of up to $50 per day, to a maximum of $1000, for temporary transportation expense incurred by you in the event of a total theft of a covered "auto" of the private passenger type when Comprehensive of Specified Cause of Loss Coverage is selected;

E.  Revises the Physical Damage Coverage to provide for payment of an additional 10% of the cost of a replacement auto, up to $2500, if, in the event of a total loss to a covered auto of the private passenger type, the covered auto is replaced with a hybrid auto or an auto powered by an alternative fuel source. Qualifications for consideration as a hybrid auto or auto powered by an alternative fuel source are described within the endorsement; and

F.  Include payment for the cost of transport to return a stolen auto that has been recovered to you, provided you carry either Comprehensive or Specified Causes of Loss Coverage on the auto.

# REINFORCEMENTS OF COVERAGE

**EXISTING OPTIONAL ENDORSEMENTS**

| | |
|---|---|
| CA 01 21 | **Limited Mexico Coverage** |
| CA 02 38 | **Reinstatement Of Insurance** |
| CA 02 40 | **Suspension Of Insurance** |
| CA 03 01 | **Deductible Liability Coverage** |
| CA 03 02 | **Deductible Liability Coverage** |
| CA 04 42 | **Exclusion Of Federal Employees Using Autos In Government Business** |
| CA 04 44 | **Waiver Of Transfer Of Rights Of Recovery Against Others To Us (Waiver Of Subrogation)** |
| CA 04 45 | **Golf Carts And Low-speed Vehicles** |
| CA 20 01 | **Lessor   Additional Insured And Loss Payee** |
| CA 20 02 | **Audio, Visual And Data Electronic Equipment Coverage   Fire, Police And Emergency Vehicles** |
| CA 20 05 | **Drive-away Contractors** |
| CA 20 06 | **Driving Schools   Non-owned Autos** |
| CA 20 07 | **Emergency Services   Volunteer Firefighters' And Workers' Injuries Limited Exclusion** |
| CA 20 08 | **Farm Tractors And Farm Tractors Equipment** |
| CA 20 09 | **Leasing Or Rental Concerns   Contingent Coverage** |
| CA 20 10 | **Leasing Or Rental Concerns   Conversion, Embezzlement Or Secretion Coverage** |

CA 20 11    Leasing Or Rental Concerns    Exclusion Of Certain Leased Autos
CA 20 12    Leasing Or Rental Concerns    Rent-It-there/Leave-It-here Autos
CA 20 13    Leasing Or Rental Concerns    Schedule Of Limits For Owned Autos
CA 20 14    Leasing Or Rental Concerns    Second Level Coverage
CA 20 15    Mobile Equipment
CA 20 16    Mobile Homes Contents Coverage
CA 20 17    Mobile Homes Contents Not Covered
CA 20 18    Professional Services Not Covered
CA 20 19    Repossessed Autos
CA 20 21    Snowmobiles
CA 20 27    Registration Plates Not Issued For A Specific Auto
CA 20 30    Emergency Services    Volunteer Firefighters' And Workers' Injuries Excluded
CA 20 33    Autos Leased, Hired, Rented Or Borrowed With Drivers    Physical Damage Coverage
CA 20 48    Designated Insured (Newly titled Designated Insured For Covered Autos Liability Coverage)
CA 20 54    Employee Hired Autos
CA 20 55    Fellow Employee Coverage
CA 20 56    Fellow Employee Coverage For Designated Employees/Positions
CA 20 70    Coverage For Certain Operations In Connection With Railroads
CA 20 71    Auto Loan/Lease Gap Coverage
CA 23 01    Explosives
CA 23 03    Multi-purpose Equipment
CA 23 04    Rolling Stores
CA 23 05    Wrong Delivery Of Liquid Products
CA 23 08    Truckers    Excess Coverage For The Named Insured And Named Lessors For Leased Autos (Newly titled Motor Carriers    Excess Coverage For The Named Insured And Named Lessors For Leased Autos)
CA 23 09    Truckers    Insurance For Non-trucking Use (Newly titled Motor Carriers    Insurance For Non-trucking Use)
CA 23 12    Truckers    Named Lessee As Insured (Newly titled Motor Carriers    Named Lessee As Insured)
CA 23 13    Trailer Interchange Fire And Fire And Theft Coverages
CA 23 17    Truckers    Uniform Intermodal Interchange Endorsement Form UIIE-1
CA 23 24    Agricultural Produce Trailers    Seasonal
CA 23 25    Coverage For Injury To Leased Workers
CA 23 94    Silica Or Silica-related Dust Exclusion For Covered Autos Exposure
CA 23 97    Amphibious Vehicles
CA 24 01    Transportation Of Seasonal Or Migrant Agricultural Workers
CA 24 02    Public Transportation Autos
CA 99 03    Auto Medical Payments Coverage
CA 99 10    Drive Other Car Coverage    Broadened Coverage For Named Individuals
CA 99 13    Fiduciary Liability Of Banks
CA 99 14    Fire, Fire And Theft, Fire, Theft And Windstorm And Limited Specified Causes Of Loss Coverages
CA 99 16    Hired Autos Specified As Covered Autos You Own
CA 99 17    Individual Named Insured
CA 99 23    Rental Reimbursement Coverage

**CA 99 28   Stated Amount Insurance**

**CA 99 30   Tapes, Records And Discs Coverage**

**CA 99 33   Employees As Insureds**

**CA 99 34   Social Service Agencies   Volunteers As Insureds**

**CA 99 37   Garagekeepers Coverage**

**CA 99 40   Exclusion Or Excess Coverage Hazards Otherwise Insured**

**CA 99 44   Loss Payable Clause**

**CA 99 47   Employee As Lessor**

**CA 99 48   Pollution Liability   Broadened Coverage For Covered Autos   Business Auto, Motor Carrier And Truckers Coverage Forms (Newly titled Pollution Liability   Broadened Coverage For Covered Autos   Business Auto And Motor Carrier Coverage Forms)**

**CA 99 54   Covered Auto Designation Symbol**

**CA 99 59   Garagekeepers Coverage   Customers' Sound-receiving Equipment**

**CA 99 60   Audio, Visual And Data Electronic Equipment Coverage Added Limits**

**CA 99 61   Loss Payable Clause   Audio, Visual And Data Electronic Equipment Coverage Added Limits**

**CA 99 90   Optional Limits   Loss Of Use Expenses**

These forms have been revised, where appropriate, to:

**A.** Add reference to "Auto Dealer Coverage Form" and delete references to the "Business Auto Physical Damage Coverage Form", "Garage Coverage Form" and/or "Truckers Coverage Form" in the list of the coverage forms to which the endorsement modifies; and/or

**B.** Replace references to "Liability Coverage" with respect to auto liability with "Covered Autos Liability Coverage" to distinguish such coverage from the other types of liability coverages included in your policy.

**CA 23 97   Amphibious Vehicles**

This endorsement, in general, is revised to reinforce that insurance is not applicable to amphibious vehicles while being launched into, used in or beached from the water. This includes, but is not limited to, coverages such as liability and physical damage coverages.

**CA 23 98   Trailer Interchange Coverage**

The Supplementary Payments provision is revised to reinforce that it applies to court costs taxed against the insured that do not include the attorneys' fees or expenses taxed against the insured.

A definition of the term "trailer" is added to reinforce that such term includes a semitrailer, container or a dolly used to convert a semitrailer into a trailer.

**CA 99 28   Stated Amount Insurance**

**CA 99 60   Audio, Visual And Data Electronic Equipment Coverage Added Limits**

**CA 99 61   Loss Payable Clause   Audio, Visual And Data Electronic Equipment Coverage Added Limits**

Various provisions and schedules applicable to physical damage coverage have been reinforced to reflect that "loss" rather than "accident" triggers coverage under this section.

# REDUCTION IN COVERAGE

**UCA 424   Coverage Extension Endorsement**

The Extended Glass Coverage under this endorsement has been revised to require the deductible, which is shown in the Declarations, if glass must be replaced rather than repaired. However, if glass can be repaired, the waiver of the deductible remains.



P

001

E   05-01-14

09192-000

☒

E          001

E          05-01-14

09192-000

05-01-14

09192-000

P

001

E          05-01-14

09192-000

⊠

E          001

E          05-01-14

09192-000

05-01-14

09192-000

MICHAEL K. JEANES, CLERK
BY
C. Tissid
C. TROXEL, FILED
17 SEP 15 PM 3: 21

1   Mick Levin, Esq. (021891)
    **MICK LEVIN, PLC**
2   3401 North 32nd Street
    Phoenix, Arizona 85018-5606
3   (480) 865-3051; (800) 385-1684
4   micklevin@mlplc.com
    Attorneys for Plaintiff
5

6   David L. Abney, Esq. (009001)
    **AHWATUKEE LEGAL OFFICE, P.C.**
7   Post Office Box 50351
8   Phoenix, Arizona 85076
    (480) 734-8652
9   abneymaturin@aol.com
    Attorney for Plaintiff
10

11  Joseph Erlichman, Esq. (002186)
12  **ERLICHMAN LAW FIRM**
    2200 East Camelback Road
13  Suite 102
14  Phoenix, AZ 85016
    (602)-224-0062; fax (602) 224-0070
15  joe@erlichmanlaw.com
16  Attorney for Plaintiff

17

18          **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
            **IN AND FOR THE COUNTY OF MARICOPA**
19

20  JAMES McGEE, an Arizona resident,          Case No. CV2017-010944

21          Plaintiff,                    **CERTIFICATE OF COMPULSORY**
                                          **ARBITRATION**
22
            v.
23                                        (Tort, Non-Motor-Vehicle;
24  ZURICH AMERICAN INSURANCE                   Breach of Contract;
    COMPANY, a New York insurance company,      Insurance Bad Faith)
25
26          Defendant.

27      The undersigned certifies that the largest award sought by the Plaintiff, including punitive

28

                                        1

damages, but excluding interest, attorneys' fees, and costs **exceeds** the limits set by Local Rule for compulsory arbitration. This case **is not** subject to the Arizona Rules of Civil Procedure governing compulsory arbitration.

DATED this 15th day of September, 2017.

MICK LEVIN, P.L.C.

Mick Levin, Esq.
Co-Counsel for Plaintiff

2

1   Mick Levin, Esq. (021891)
**MICK LEVIN, PLC**
2   3401 North 32nd Street
Phoenix, Arizona 85018-5606
3   (480) 865-3051; (800) 385-1684
4   micklevin@mlplc.com
Attorneys for Plaintiff
5

6   David L. Abney, Esq. (009001)
**AHWATUKEE LEGAL OFFICE, P.C.**
7   Post Office Box 50351
8   Phoenix, Arizona 85076
(480) 734-8652
9   abneymaturin@aol.com
10   Attorney for Plaintiff

11
Joseph Erlichman, Esq. (002186)
12   **ERLICHMAN LAW FIRM**
2200 East Camelback Road
13   Suite 102
14   Phoenix, AZ 85016
(602)-224-0062; fax (602) 224-0070
15   joe@erlichmanlaw.com
16   Attorney for Plaintiff

17       **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
18          **IN AND FOR THE COUNTY OF MARICOPA**

19   JAMES McGEE, an Arizona resident,      Case No. CV2017-010944

20          Plaintiff,                       **DEMAND FOR JURY TRIAL**
21
22          v.                               (Tort, Non-Motor-Vehicle;
                                             Breach of Contract;
23   ZURICH AMERICAN INSURANCE               Insurance Bad Faith)
COMPANY, a New York insurance company,
24
25          Defendant.
26
27       Plaintiffs, pursuant to the Arizona Rules of Civil Procedure, hereby requests that this
28   matter be tried to a jury.

                                    **1**

1

DATED this 15th day of September , 2017.

2

MICK LEVIN, P.L.C.

3

4

Mick Levin, Esq.
Co-Counsel for Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**

FILED BY: A. Marquez

1

Arizona Process Service L.L.C.
70 S. Val Vista Dr. Suite A3336
2   Gilbert, AZ 85296
480-430-5556

MICHAEL K. JEANES, CLERK
RECEIVED SE
DOCUMENT DEPOSITORY

3

17 OCT -6  PM 6: 12

4

5                        IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
                          IN AND FOR THE COUNTY OF MARICOPA

6

In Re the Matter of:
7

8   **JAMES McGEE, an Arizona resident**        )    Case No. CV 2017-010944
                                                 )
9                         Plaintiff,             )    **CERTIFICATE OF SERVICE**
    Vs.                                          )
10                                               )
    **ZURICH AMERICAN INSURANCE COMPANY, a**     )
11  **New York insurance company,**              )
                                                 )
12                        Defendant.             )

13          I, Oscar Miller do depose that on said date September 29, 2017 I received documents listed below from

14   Attorney, Mick Levin, requesting basic service of process.

15          I, Oscar Miller do depose that on said date, October 2, 2017 at 12:14 PM, I hand delivered and served two

16   copies of the **SUMMONS (Tort, Non-Motor Vehicle; Breach of Contract; Insurance Bad Faith); DEMAND FOR**

17   **JURY TRIAL (Tort, Non-Motor Vehicle; Breach of Contract; Insurance Bad Faith); COMPLAINT (Tort, Non-**

     **Motor Vehicle; Breach of Contract; Insurance Bad Faith); CERTIFICATE OF COMPULSORY ARBITRATION**

18   **(Tort, Non-Motor Vehicle; Breach of Contract; Insurance Bad Faith)** to Administrative Service Division Arizona

19   Department of Insurance by serving Elizabeth Villalino, Administrative Assistant III for Administrative Service

     Division Arizona Department of Insurance; Said documents were hand delivered and served at the address of

20   2910 North 44th St., Suite 210, Phoenix, AZ 85018.

21          Elizabeth Villalino's physical description is as follows: Caucasian female, approximately 28 years of age,

22   5'10" tall, and 120 pounds with black hair.

23          I declare under the penalty of perjury that the above information is correct and true to the best of my

     knowledge.  A fee of $65.00 was charged for the Service of Process.
24

25

Certified Officer Superior Court
Registered in Maricopa County, AZ
Oscar Miller # 7421