IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James McGee,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Zurich American Insurance Company,<br><br>　　　　　Defendant. | No. CV-17-4024-PHX-DGC |

**COURT'S PROPOSED VERDICT FORM**

Dated this 5th day of January, 2022.

*David G. Campbell*
―――――――――――――――――
David G. Campbell
Senior United States District Judge

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James McGee,<br><br>    Plaintiff,<br><br>v.<br><br>Zurich American Insurance Company,<br><br>    Defendant. | No.  CV-17-04024-PHX-DGC<br><br>**VERDICT** |

We the jury, upon our oaths, unanimously find as follows:

1. Did Defendant Zurich American Insurance Company breach its insurance contract when it denied coverage for the claims asserted by Plaintiff James McGee?

    Yes _____                              No _____

2. Did Defendant Zurich American Insurance Company breach the duty of good faith and fairly dealing implied in its insurance contract?

    Yes _____                              No _____


    Dated: _____              Jury Foreperson Number: \_\_\_\_\_