# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James McGee,<br><br>           Plaintiff,<br><br>v.<br><br>Zurich American Insurance Company,<br><br>           Defendant. | No. CV-17-04024-PHX-DGC<br><br>**ORDER** |

The Court has been advised that this case has settled.

**IT IS ORDERED:**

1. This matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

2. The jury trial set for June 13, 2022 is **vacated**.

3. The Clerk is directed to **terminate** this matter on **July 1, 2022** without further leave of Court.

Dated this 1st day of June, 2022.

David G. Campbell
Senior United States District Judge